# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

B. H. WALKER

VERSUS

FLORIDA MOON, LLC, STEVEN
JAY IRWIN, LAW OFFICE OF
STEVEN JAY IRWIN, LLC, AND
MELISSA R. HENRY, IN HER
CAPACITY AS CLERK OF COURT
AN EX-OFFICIO REGISTER OF
CONVEYANCES AND RECORDER OF
MORTGAGES FOR THE PARISH OF
ST. TAMMANY

NO.   2020 CW 0422

**JULY 06, 2020**

---

In Re:   Florida Moon, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2020-10267.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT GRANTED.**   The portion of the trial court's April 7, 2020 judgment which denied the exception of lis pendens filed by defendant, Florida Moon, LLC, is reversed.   When two or more suits are pending in a Louisiana court or courts on the same transaction or occurrence, between the same parties in the same capacities, the defendant may have all but the first suit dismissed by excepting thereto.   La. Code Civ. P. art. 531.   The action entitled "Florida Moon, LLC v. Steven Jay Irwin, et al", docket no. 2019-16527, 22nd Judicial District Court, Parish of St. Tammany, was pending between the same parties, in the same capacities and arising from the same transaction or occurrence when this action was filed.   Although the Clerk of Court is also named as a defendant herein, she has no real interest in the proceedings other than the lawful discharge of her ministerial duties, and such duty does not arise until the validity of the mortgage in favor of Florida Moon, LLC is determined.   See **L & A Contracting Co., Inc. v. Mabry**, 27,791 (La. App. 2d Cir. 1/24/96), 666 So.2d 1295.   The exception of lis pendens filed by defendant, Florida Moon, LLC, is granted, and this action is dismissed, without prejudice.

**JMM**
**MRT**
**WRC**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT